LE PROVOST v. RAU et al. (Supreme Court, Appellate Division, First Department.

January 15, 1904.) Action by Francis Le Provost against Ernest Rau and others. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.